# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CLYDE E. WALLACE**                                                                 **PETITIONER**

v.                                         NO. 4:21-cv-00251 JM

**DEXTER PAYNE**                                                                      **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Dexter Payne.

IT IS SO ORDERED this 15th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE